IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAJI A. ABDULLAH, | No. 4:24-CV-00223 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| GREGORY BRIGGS, *et al.*, | |
| Defendants. | |

## ORDER

**JULY 15, 2024**

**AND NOW**, upon consideration of this Court's June 18, 2024 Memorandum Opinion[1] and Order,[2] which dismissed the above-captioned case but granted leave to amend, permitting Plaintiff to file an amended complaint by July 9, 2024,[3] and which dismissal Order also specifically warned Plaintiff that if he did not timely amend, dismissal would automatically convert to dismissal with prejudice and the Court would close this case,[4] and the Court observing that—to date—Plaintiff has neither filed an amended complaint nor sought an enlargement of time to do so, **IT IS HEREBY ORDERED** that:

1. Plaintiff's complaint, which was previously dismissed without prejudice, (*see* Doc. 13 at 2 ¶ 6), is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

---

[1] Doc. 12.
[2] Doc. 13.
[3] *See id.* at 2 ¶¶ 6-7.
[4] *See id.* at 2 ¶ 8.

2.       The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge